In the Matter of THOMAS B., an Infant. CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; LISA B., Respondent.

Submitted March 5, 2007; decided April 3, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for a stay pending disposition of the appeal dismissed as academic.